# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FRED OSWALD

VERSUS

RANDALL C. "RANDY" SMITH,
INDIVIDUALLY AND IN HIS
CAPACITY AS THE SHERIFF OF
ST. TAMMANY PARISH

NO. 2019 CW 1118

**DEC 1 8 2019**

---

In Re:     Randall  C.  "Randy"  Smith  in  his  capacity  as  the
           Sheriff   of   St.   Tammany   Parish,   applying   for
           supervisory  writs,  22nd  Judicial  District  Court,
           Parish of St. Tammany, No. 2018-10044.

---

**BEFORE:     WHIPPLE, C.J., McCLENDON, WELCH, HOLDRIDGE AND CHUTZ,
JJ.**

    **WRIT GRANTED WITH ORDER.** The trial court's August 15, 2019
judgment that denied the motion for summary judgment filed by
the defendant, Randall Smith, is vacated. The defendant raised
objections to the evidence submitted by the plaintiff, Fred
Oswald. However, the trial court failed to rule on the
admissibility of such evidence with regard to the plaintiff's
Exhibits D and O. La. Code Civ. P. art. 966(D)(2) provides that
the court shall specifically state on the record or in writing
which documents, if any, it held to be inadmissible or declined
to consider. This matter is remanded to the trial court for
compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on
the motion for summary judgment filed by the defendant after
determination of any evidentiary issues, pursuant to La. Code
Civ. P. art. 966(C)(b)(4).

**VGW**
**PMc**
**GH**
**WRC**

    **Welch, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_signature_

DEPUTY CLERK OF COURT
FOR THE COURT